THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRISTIAN MORALES, Appellant.

Submitted December 28, 2015; decided January 5, 2016

Motion for assignment of counsel granted and Kent V. Moston, Esq., Legal Aid Society of Nassau County, 40 Main Street, 3rd Floor, Hempstead, New York 11550 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant.

Submitted December 21, 2015; decided January 5, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.